### CRAWFORD v McDOWELL, Rec

Ohio Supreme Court

No. 22759. Decided June 17, 1931

Marshall, CJ, Jones, Matthias, Allen, Kinkade and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**